NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN JOSEPH HANDLEY,                    )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D18-1306
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
                                          )
_____ )

Opinion filed January 23, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada, Judge.

Yohance Kefense McCoy of Kefense, P.A.,
Sebring, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


          Affirmed.


SILBERMAN, VILLANTI, and MORRIS, JJ., Concur.